IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIO ORDUNA, )<br>)<br>Defendant. ) | Case No. 12-CR-30263-01-MJR |

ORDER REGARDING BOND MONEY

REAGAN, District Judge:

In December 2012, Defendant Orduna was arraigned before and ordered detained pending trial by the Honorable Stephen C. Williams. Orduna was released on a $30,000 secured cash bond, which was posted on his behalf by Bozica Momcilovic. *See* Docs. 21, 24, 25. Ultimately, Defendant pled guilty before and was sentenced by the undersigned District Judge. The sentence includes a 60-month term of imprisonment. Judgment was entered accordingly on July 19, 2013.

Now before the Court is Defendant's "Motion for Return of Bond Monies," to which the United States responded on August 8, 2013. Defense counsel asks that, since the purpose of bond has been satisfied, the Court return the bond money to the person who posted it – Miss Momcilovic. The United States has no objection to the request, and the Court finds that return of bond money is appropriate in this case. Accordingly, the Court **GRANTS** the Motion for Return of Bond Monies (**Doc. 56**). The Clerk of Court shall return the bond to the person who posted it, Miss Momcilovic, using the address furnished in the motion at Doc. 56.

IT IS SO ORDERED.

DATED August 13, 2013.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge